# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 09–31412–hcm
Chapter No.: 13
Judge: H. Christopher Mott

IN RE: **Hilda Huerta** , Debtor(s)

## NOTICE OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

To **HSBC BANK NEVADA N.A. ($1644.88)**, Transferor:

You are hereby notified that a Notice of Assignment/Transfer of Claim was filed in the above entitled bankruptcy case purporting to transfer to **CAPITAL ONE, N.A. ,** Transferee, a claim previously filed by you.

Pursuant to Bankruptcy Rule 3001(e) any objection to the assignment/transfer must be filed within twenty–one (21) days of the date of this notice. If no timely objection is filed, the assignment/transfer will be deemed allowed. A timely filed objection is necessary for a hearing to be held.

Dated:  6/25/12

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court


BY: C. J. PARKER , Deputy Clerk

[Notice Assignment/Transfer of Claim(BK)] [NtcAsgnTrfClmBKintp]