# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 09−31412−hcm
Chapter No.: 13
Judge: H. Christopher Mott

IN RE: **Hilda Huerta** , Debtor(s)

## NOTICE OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

To **HSBC BANK NEVADA N.A. ($1644.88)**, Transferor:

You are hereby notified that a Notice of Assignment/Transfer of Claim was filed in the above entitled bankruptcy case purporting to transfer to **CAPITAL ONE, N.A. ,** Transferee, a claim previously filed by you.

Pursuant to Bankruptcy Rule 3001(e) any objection to the assignment/transfer must be filed within twenty−one (21) days of the date of this notice. If no timely objection is filed, the assignment/transfer will be deemed allowed. A timely filed objection is necessary for a hearing to be held.

Dated: 6/25/12

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: C. J. PARKER , Deputy Clerk

[Notice Assignment/Transfer of Claim(BK)] [NtcAsgnTrfClmBKintp]

```
                            United States Bankruptcy Court
                              Western District of Texas
In re:                                                           Case No. 09-31412-hcm
Hilda Huerta                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0542-3          User: dean2c              Page 1 of 2        Date Rcvd: Jun 25, 2012
                              Form ID: 509              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2012.
```
db           +Hilda Huerta,   10676 Coralstone Dr.,   El Paso, TX 79935-1209
             +CAPITAL ONE, N.A.,   C/O BASS & ASSOCIATES PC,   3936 E FT LOWELL RD SUITE 200,
               TUCSON, AZ 85712-1083
             +HSBC BANK NEVADA NA,   BY PRA RECEIVABLES MGMT LLC,   PO BOX 12907,   NORFOLK, VA 23541-0907
             +HSBC BANK NEVADA NA,   C/O BASS & ASSOCIATES PC,   3936 E FT LOWELL RD SUITE 200,
               TUCSON, AZ 85712-1083
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
           ##+HSBC RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE 19850-5521
                                                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2012**              **Signature:**      _Joseph Speetjens_

```
District/off: 0542-3           User: dean2c              Page 2 of 2              Date Rcvd: Jun 25, 2012
                               Form ID: 509              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2012 at the address(es) listed below:

```
          Brendetta Anthony Scott    on behalf of Creditor   CitiMortgage, Inc. bas@hwallp.com
          Carlos A. Miranda    on behalf of Creditor   GECU cmiranda@mirandafirm.com,
           cmirandaiii@gmail.com;gperez@mirandafirm.com;jzamarron@mirandafirm.com
          Donald P. Stecker    on behalf of Creditor   Tax Assessor Collector, Juan Sandoval
           don.stecker@lgbs.com
          Edgar J. Borrego    on behalf of Debtor Hilda Huerta tanzy.borrego@566-plan.com,
           tanzy.mail@gmail.com;tanzy.borrego.it@gmail.com
          Lucille   Zavala    on behalf of Trustee Stuart Cox lucilleZ@ch13elpaso.com
          Miguel Alejandro Flores    on behalf of Debtor Hilda Huerta tanzy.borrego@566-plan.com,
           tanzy.borrego.it@gmail.com;Tanzy.Mail@gmail.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Sol M. Cortez    on behalf of Debtor Hilda Huerta tanzy.borrego@566-plan.com,
           Tanzy.Mail@gmail.com;tanzy.borrego.it@gmail.com
          Stuart C. Cox    dmarte@ch13elpaso.com
          United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                             TOTAL: 10
```